IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 3:02CR55 (EBB) |
| | ) | |
| v. | ) | |
| | ) | |
| RAANAN LIEBERMANN and | ) | |
| PUBLIX NETWORK CORPORATION | ) | November 4, 2004 |

**DEFENDANT PUBLIX NETWORK CORPORATION'S**
**SPEEDY TRIAL WAIVER**

The defendant, Publix Network Corporation ("Publix"), hereby waives its right to a speedy sentencing, accorded by the Speedy Trial Act of 1974, 18 U.S.C. § 3161, in support of its request for a continuance of its sentencing hearing to January 18, 2005. In support of this waiver, the defendant represents as follows:

1. It is represented by counsel and has consulted with counsel regarding this waiver;

2. It understands that by signing this document it will be giving up some of the rights accorded under the Speedy Trial Act, specifically, the right to be sentenced within 80 days;

3. It requests that the Court find that a continuance is in the interests of justice and in his best interests pursuant to 18 U.S.C. § 3161(h)(8)(A); and

4. It agrees to the exclusion of the time from December 16, 2004, to January 18, 2005, from the Speedy Trial Act computation.

_____        11/4/04
Raanan Liebermann for Publix Network Corp.        Date

_____        11/5/04
Gates Garrity-Rokous        Date

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was mailed, postage pre-paid, this 5th day of November, 2004, to:

Jonathan Biran, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

David Sheldon, Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT  06510

Carla Jo Wagenstein-Vega, U.S. Probation Officer
United States Probation Office
U.S. District Court
915 Lafayette Blvd.
Room 200
Bridgeport, CT  06604

_____
Gates Garrity-Rokous